UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: GARZA, ALFRED A.<br>    GARZA, CHRISTINE A.<br><br>Debtor(s) | § Case No. 09-47974<br>§<br>§<br>§ |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND          , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within    9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/20/2012 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/07/2011         By:  /s/ Michael G. Berland
                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: GARZA, ALFRED A. | § Case No. 09-47974 |
|     GARZA, CHRISTINE A. | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 32,977.74 |
| *and approved disbursements of* | $ 739.65 |
| *leaving a balance on hand of* [1] | $ 32,238.09 |
| **Balance on hand:** | $ 32,238.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 32,238.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 3,892.10 | 0.00 | 3,892.10 |
| Trustee, Expenses - MICHAEL G. BERLAND | 51.20 | 0.00 | 51.20 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,943.30 |
| Remaining balance: | $ 28,294.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 28,294.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 28,294.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,411.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CANDICA L.L.C.C/O WEINSTEIN & RILEY | 717.36 | 0.00 | 280.32 |
| 2 | PYOD LLC as assignee ofCitibank c/oResurgent Capital | 422.72 | 0.00 | 165.18 |
| 3 | Chase Bank USA, N.A. | 19,896.59 | 0.00 | 7,774.56 |
| 4 | Chase Bank USA, N.A. | 1,208.09 | 0.00 | 472.06 |
| 5 | Chase Bank USA, N.A. | 14,051.63 | 0.00 | 5,490.65 |
| 6 | Chase Bank USA, N.A. | 19,724.74 | 0.00 | 7,707.41 |
| 7 | Fia Card Services, /Bank of America, American infosource Age | 16,389.94 | 0.00 | 6,404.35 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 28,294.53 |
| Remaining balance: | $ | 0.26 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.26 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.26 |

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                          United States Bankruptcy Court
                           Northern District of Illinois
```

```
In re:                                                      Case No. 09-47974-BWB
Alfred A. Garza                                             Chapter 7
Christine A. Garza
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: rmarola              Page 1 of 2              Date Rcvd: Dec 13, 2011
                             Form ID: pdf006            Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2011.
db/jdb       #+Alfred A. Garza,    Christine A. Garza,    13255 Skyline Drive,    Plainfield, IL 60585-1502
15203256     +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14868385     +Chase,    800 Brooksedge Blv.,    Westerville, OH 43081-2822
15287204      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14868386     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    Fifth Third Center,    Cincinnati, OH 45263)
14868387     +Juniper Bank,    P.O. Box 8801,    Wilmington, DE 19899-8801
14868388     +National City Card Services,    1 National City Parkway,    Kalamazoo, MI 49009-8003
14868389     +National City Mortgage,    6 N. Main Street,    Dayton, OH 45402-1993
14868390     +Universal Card/Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
14868391     +Will County Treasurer,    302 N. Chicago Street,    Joliet, IL 60432-4059
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15203256     +E-mail/Text: bncmail@w-legal.com Dec 14 2011 05:19:12     CANDICA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15624132      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2011 05:16:02
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
15237804     +E-mail/Text: resurgentbknotifications@resurgent.com Dec 14 2011 04:01:30
               PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 3
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14868384     ##+Bank of America,    P.O. Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2011**              **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: rmarola              Page 2 of 2         Date Rcvd: Dec 13, 2011
                              Form ID: pdf006            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2011 at the address(es) listed below:
        John C Renzi   on behalf of Debtor Alfred Garza jcrenzi@jprlaw.net
        Lydia Y Siu   on behalf of Creditor  National City Mortgage lsiu@atty-pierce.com,
         northerndistrict@atty-pierce.com
        Michael G Berland   einstein829@earthlink.net,  IL33@ecfcbis.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4