UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                         §
                                               §
GARZA, ALFRED A.                               §      Case No. 09-47974
GARZA, CHRISTINE A.                            §
                                               §
            Debtor(s)                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/MICHAEL G. BERLAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| United States Department Of Treasur | | | | | |
| Gloria Longest | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 17054 Wilmington, DE 19850 | | | | | |
| | Juniper Bank P.O. Box 8801 Wilmington, DE 19899 | | | | | |
| | National City Card Services 1 National City Parkway Kalamazoo, MI 49009 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Universal Card/Citibank P.O. Box 6241 Sioux Falls, SD 57117 |  |  |  |  |  |
| 1 | CANDICA L.L.C.C/O WEINSTEIN & RILEY |  |  |  |  |  |
| 3 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 4 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 5 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 6 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 7 | FIA CARD SERVICES, /BANK OF AMERICA |  |  |  |  |  |
| 2 | PYOD LLC AS ASSIGNEE OFCITIBANK C/O |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-47974 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GARZA, ALFRED A. | | | | Date Filed (f) or Converted (c): | 12/18/09 (f) |
| | GARZA, CHRISTINE A. | | | | 341(a) Meeting Date: | 01/28/10 |
| For Period Ending: | 08/21/12 | | | | Claims Bar Date: | 06/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13255 Skyline, Plainfeld-scheduled | 305,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash-scheduled | 45.00 | 0.00 | DA | 0.00 | FA |
| 3. Charter 1-scheduled | 95.00 | 0.00 | DA | 0.00 | FA |
| 4. National City-scheduled | 1,500.00 | 0.00 | DA | 700.00 | FA |
| 5. Household goods-scheduled | 1,750.00 | 0.00 | DA | 0.00 | FA |
| 6. China-scheduled | 125.00 | 0.00 | DA | 0.00 | FA |
| 7. Miscelleneous figurines-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. Miscelleneous cd & DVD-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 9. Wearing apparel-scheduled | 225.00 | 0.00 | DA | 0.00 | FA |
| 10. Wedding ring and other jewelry-scheduled | 675.00 | 0.00 | DA | 0.00 | FA |
| 11. Golf clubs-schedueld | 40.00 | 0.00 | DA | 0.00 | FA |
| 12. Exercise equipment-scheduled | 125.00 | 0.00 | DA | 0.00 | FA |
| 13. Camping equipment-scheduled | 135.00 | 0.00 | DA | 0.00 | FA |
| 14. 401k-scheduled | 75.00 | 0.00 | DA | 0.00 | FA |
| 15. Triune Logistices-scheduled | 510.00 | 0.00 | DA | 0.00 | FA |
| 16. Claim for monies lent to Alliance-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 17. Customer list-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. 2001 Honda Odyssey-scheduled | 2,000.00 | 0.00 | DA | | FA |
| 19. 2003 Honda-scheduled | 6,000.00 | 0.00 | | | FA |
| 20. 2009 state refund-scheduled | 1,314.00 | 1,314.00 | | 1,314.00 | FA |
| 21. Federal tax refund-scheduled | 11,939.00 | 0.00 | | 5,065.00 | FA |
| 22. National City checking-scheduled VOID SEE ASSET 3 | 95.00 | 0.00 | DA | 0.00 | FA |
| 23. Assets in non-spendthrift trust-unscheduled | 0.00 | 25,891.34 | | 25,891.34 | FA |
| 24. Computer-scheduled | 150.00 | 0.00 | DA | 0.00 | FA |
| 25. Lawn furniture-scheduled | 70.00 | 0.00 | DA | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.06d

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-47974 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | GARZA, ALFRED A. | | | Date Filed (f) or Converted (c): | 12/18/09 (f) |
| | GARZA, CHRISTINE A. | | | 341(a) Meeting Date: | 01/28/10 |
| | | | | Claims Bar Date: | 06/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Yard tools-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.67 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $332,068.00 | $27,205.34 | | $32,978.01 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has liquidated certain non-exempt assets and non-exempt portions of tax refunds. The Trustee employed an

accountant and filed tax returns.. The Trustee has filed his Final Report with the bankruptcy court.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-47974 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | GARZA, ALFRED A. | | Bank Name: | The Bank of New York Mellon |
| | GARZA, CHRISTINE A. | | Account Number / CD #: | *******1465 Money Market Account |
| Taxpayer ID No: | *******5466 | | | |
| For Period Ending: | 08/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/10 | | National City Bank | Payment from liquidation of federal and state tax refund DEPOSIT CHECK #101661622 | | 6,379.00 | | 6,379.00 |
| | 21 | | Memo Amount: 5,065.00 | 1124-000 | | | |
| | 20 | | Memo Amount: 1,314.00 | 1124-000 | | | |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 6,379.07 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.37 | | 6,379.44 |
| 07/15/10 | 23 | PNC Bank | Payment of part of assets in non-spendthrift trust DEPOSIT CHECK #61381 | 1129-000 | 10,134.68 | | 16,514.12 |
| * 07/15/10 | | Janice Petrulis | 35 savings bonds-asset fron non-spendthrift trust | 1129-003 | 11,150.00 | | 27,664.12 |
| 07/19/10 | 23 | Janice Petrulis | 35 savings bonds-asset fron non-spendthrift trust with interest from bank | 1129-000 | 15,756.66 | | 43,420.78 |
| * 07/19/10 | | Janice Petrulis | 35 savings bonds-asset fron non-spe | 1129-003 | -11,150.00 | | 32,270.78 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.02 | | 32,271.80 |
| 08/11/10 | 4 | National City Bank | Payment of non-exempt from National City account DEPOSIT CHECK #2015499605 | 1129-000 | 700.00 | | 32,971.80 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.93 | | 32,973.73 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,973.99 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,974.26 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,974.52 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 32,974.80 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 32,975.08 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 32,975.33 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 32,975.61 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,975.88 |
| 05/06/11 | 001001 | United States Department Of Treasury | Payment of federal tax | 2810-000 | | 84.00 | 32,891.88 |
| 05/06/11 | 001002 | Gloria Longest | Payment of accountant for preparation of tax returns per court order | 3410-000 | | 500.00 | 32,391.88 |

Page Subtotals 32,975.88 584.00

Ver: 16.06d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-47974 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | GARZA, ALFRED A. | | Bank Name: | The Bank of New York Mellon |
| | GARZA, CHRISTINE A. | | Account Number / CD #: | *******1465 Money Market Account |
| Taxpayer ID No: | *******5466 | | | |
| For Period Ending: | 08/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,392.15 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,392.41 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,392.68 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,392.95 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.44 | 32,317.51 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -50.44 | 32,367.95 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,368.21 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.49 | 32,301.72 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,301.99 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.16 | 32,237.83 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,238.09 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,238.36 |
| 01/12/12 | | To Acct #*******1466 | Transfer for prupose of final distribution | 9999-000 | | 32,238.36 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 6,379.00 | COLUMN TOTALS | | 32,978.01 | 32,978.01 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 32,238.36 | |
| | | Subtotal | | 32,978.01 | 739.65 | |
| Memo Allocation Net: | 6,379.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 32,978.01 | 739.65 | |

Page Subtotals     2.13     32,394.01

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-47974 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | GARZA, ALFRED A. | | Bank Name: | The Bank of New York Mellon |
| | GARZA, CHRISTINE A. | | Account Number / CD #: | *******1466 Checking Account |
| Taxpayer ID No: | *******5466 | | | |
| For Period Ending: | 08/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/12 | | From Acct #*******1465 | Transfer for prupose of final distribution | 9999-000 | 32,238.36 | | 32,238.36 |
| 01/25/12 | | Transfer to Acct #*******5171 | Bank Funds Transfer | 9999-000 | | 32,238.36 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 32,238.36 | 32,238.36 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 32,238.36 | 32,238.36 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals 32,238.36 32,238.36

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-47974 -BL |
| Case Name: | GARZA, ALFRED A. |
| | GARZA, CHRISTINE A. |
| Taxpayer ID No: | *******5466 |
| For Period Ending: | 08/21/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5171 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******1466 | Bank Funds Transfer | 9999-000 | 32,238.36 | | 32,238.36 |
| 01/25/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Trustee Compensation | 2100-000 | | 3,892.10 | 28,346.26 |
| 01/25/12 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Trustee Expenses | 2200-000 | | 51.20 | 28,295.06 |
| 01/25/12 | 001003 | CANDICA L.L.C.C/O WEINSTEIN & RILEY<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 1, Payment 39.07522% | 7100-000 | | 280.31 | 28,014.75 |
| 01/25/12 | 001004 | PYOD LLC as assignee ofCitibank c/oResurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Claim 2, Payment 39.07551% | 7100-000 | | 165.18 | 27,849.57 |
| 01/25/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 3, Payment 39.07559% | 7100-000 | | 7,774.71 | 20,074.86 |
| 01/25/12 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 4, Payment 39.07573% | 7100-000 | | 472.07 | 19,602.79 |
| 01/25/12 | 001007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 5, Payment 39.07561% | 7100-000 | | 5,490.76 | 14,112.03 |
| 01/25/12 | 001008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 6, Payment 39.07560% | 7100-000 | | 7,707.56 | 6,404.47 |
| 01/25/12 | 001009 | Fia Card Services, /Bank of America, American | Claim 7, Payment 39.07562% | 7100-000 | | 6,404.47 | 0.00 |
| | | | Page Subtotals | | 32,238.36 | 32,238.36 | |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

| Case No: | 09-47974 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | GARZA, ALFRED A. | | Bank Name: | Congressional Bank |
| | GARZA, CHRISTINE A. | | Account Number / CD #: | *******5171 Checking Account |
| Taxpayer ID No: | *******5466 | | | |
| For Period Ending: | 08/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | infosource Age<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | | | | | |

|  | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 32,238.36 | 32,238.36 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 32,238.36 | 0.00 | |
| | | Subtotal | 0.00 | 32,238.36 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 32,238.36 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 6,379.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - ********1465 | 32,978.01 | 739.65 | 0.00 |
| | | Checking Account - ********1466 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 6,379.00 | Checking Account - ********5171 | 0.00 | 32,238.36 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 32,978.01 | 32,978.01 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account<br>Transfers) | (Excludes Payments<br>To Debtors) | Total Funds<br>On Hand |

Page Subtotals         0.00         0.00

Ver: 16.06d